IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:24cr127-MHT |
| | ) | (WO) |
| NATOSHIA LASHAWN CRAWFORD | ) | |

**ORDER**

Upon consideration of defendant Natoshia Lashawn Crawford's pro se motion "for stipulation of restitution" (Doc. 51), which the court views as a motion, pursuant to 18 U.S.C. § 3664(k), to modify restitution payments based on changed economic circumstances, it is ORDERED that the motion is denied. Defendant Crawford has failed to show how her economic circumstances have changed since imposition of the sentence.

If defendant Crawford wishes to challenge the Bureau of Prisons' manner of collecting restitution, she may file a petition pursuant to 28 U.S.C. § 2241 in the United States District Court where she is

incarcerated, after exhausting all available grievances and appeals within the Bureau of Prisons.

DONE, this the 9th day of June, 2025.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**